# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RICKY McCUTCHEON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3-11-0696 |
| v. ) | Judge Sharp |
| ) | |
| FINKELSTEIN KERN STEINBERG ) | |
| & CUNNINGHAM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Plaintiff's Motion for Attorneys' Fees and Costs (Docket No. 38) is hereby GRANTED. Plaintiff is awarded $8,157.50 in attorneys' fees and $558.08 in costs.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE